OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Joseph James D'ALBA, Respondent.

No. 182, Disciplinary Docket
No. 3—Supreme Court.
No. 17 DB 96—Disciplinary Board.

Supreme Court of Pennsylvania.

Sept. 9, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 9th day of September, 1996, upon consideration of the Certificate of Admission of Disability by Attorney that the respondent-attorney is suffering from disability by reason of mental infirmity which makes it impossible for him to prepare an adequate defense to a complaint of professional misconduct brought against him in connection with Office of Disciplinary Counsel file No. 17 DB 96, it is hereby

ORDERED that Joseph James D'Alba is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E. for an indefinite period and until further Order of this Court. Respondent shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings against the respondent-attorney shall be held in abeyance, except for the perpetuation of testimony and any further proceedings necessary pursuant to Rule 301, Pa.R.D.E.

In the Matter of Arnold
Yale STEINBERG.

No. 232 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 9, 1996.
*ORDER*

PER CURIAM:

AND NOW, this 9th day of September, 1996, Arnold Yale Steinberg having been suspended from the practice of law in the State of Florida for a period of ninety-one days by Order of the Supreme Court of Florida dated March 7, 1996; the said Arnold Yale Steinberg having been directed on June 18, 1996, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Arnold Yale Steinberg is suspended from the practice of law in this Commonwealth for a period of ninety-one days, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.